UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 25-MJ-6481-AOV

UNITED STATES OF AMERICA
      Plaintiff

vs

STEVEN WAYNE TOMPKINS
      Defendant
_____/

## **ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED INDICTMENT filed in the District of Massachusetts.

UPON ORAL motion of the Government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the SEALED INDICTMENT filed in the District of Massachusetts be unsealed as to the above defendant.

DONE AND ORDERED at Fort Lauderdale, Florida this 8th day of August, 2025.

                                      _____
                                      **ALICIA O. VALLE**
                                      **UNITED STATES MAGISTRATE JUDGE**

cc: All Counsel of Record