# COURT MINUTES/ORDER

## United States Magistrate Judge Alicia O. Valle

**Fort Lauderdale Courtroom 310**     Date: 8/8/2025     Time: 11:00AM

**Defendant:** Steven Wayne Tompkins (B)     **J#:** 01003-512     **Case #:** 25-mj-6481-AOV
**AUSA:** Lawrence Lavecchio     **Attorney:** Wesley Wallace, AFPD
**Violation:** 18 U.S.C.§ 1951 – Extortion under color of official right
**Proceeding:** Initial Appearance on Removal     **CJA Appt:**
**Bond/PTD Held:** ☐ Yes  ☒ No     **Recommended Bond:**
**Bond Set at:** $200,000 PSB     **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS **as directed**/or ___ x's a week/month by phone; ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services; Treatment as deemed necessary
- ☐ Refrain from use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☒ Other: See bond.

**Language:** English

**Disposition:** Def. present in court. Def. advised of his rights and charges. Gov't oral motion to unseal Indictment – granted. See Order. Def. oral motion for appointment of counsel – granted. Court appoints AFPD for removal purposes only. AFPD appointed. Joint oral motion for stipulation of bond – granted. Court accepts and sets $200K PSB. Waiver of Rule 5 and 5.1 Removal/Identity hearing signed in open court. Order of Removal to the District of Massachusetts signed in open court. Defendant to be removed to the District of Massachusetts.

**NEXT COURT APPEARANCE**     Date:     Time:     Judge:     Place:

**Report Re Counsel:**
**PTD**/Bond Hearing:
**Prelim/Arraign** or Removal:
Status Conference RE:

**D.A.R.** Power outage; hearing recorded by Maria Kisic (Interpreter)     **Time in Court:** One hour.

**CHECK IF APPLICABLE:** ___ For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___, shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, 18 USC 3161 et seq..